IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )    CRIMINAL ACTION NO.
     v.                      )        2:18cr116-MHT
                             )            (WO)
JACK D. WILLIAMS             )
```

### JUDGMENT

Because defendant Jack D. Williams has successfully completed the Pretrial Diversion Program, it is ORDERED that the government's motion to dismiss the indictment (doc. no. 259) is granted; the indictment (doc. no. 1) is dismissed with prejudice as to defendant Jack D. Williams; and defendant Williams is discharged.

DONE, this the 11th day of February, 2020.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE